ITALIAN SAVINGS BANK OF THE CITY OF NEW YORK, Respondent, *v.* GIUSEPPINA DE ANGELIS, Appellant, Impleaded with Another.

*Italian Savings Bank* v. *De Angelis,* 149 App. Div. 916, appeal dismissed.

(Submitted March 10, 1913; decided March 18, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1912, which affirmed an order of Special Term granting a motion by plaintiff for permission to pay certain moneys into court.

The motion was made upon the grounds that the order appealed from was not a final order in a special proceeding; that permission to appeal had not been obtained, and that the appellant has not perfected her appeal.

*Robert W. Bernard* for motion.

*Michael O. Rini* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.